■ WYOMING COUNTY BANK, Respondent, v JAMES E. ACKERMAN, Doing Business as VALLEY COMPUTER SOLUTIONS, Appellant. [730 NYS2d 898] —Judgment unanimously affirmed without costs. Memorandum: We reject defendant's contention that Supreme Court (NeMoyer, J.) erred in granting plaintiff's motion for a directed verdict when another Supreme Court Justice (Notaro, J.) had previously denied plaintiff's motion for summary judgment. Justice Notaro had found a triable issue of fact whether defendant complied with an agreement between the parties. "A denial of a motion for summary judgment is not necessarily *res judicata* or the law of the case that there is an issue of fact in the case that will be established at the trial" (*Sackman-Gilliland Corp. v Senator Holding Corp.*, 43 AD2d 948, 949, *lv denied* 34 NY2d 515). Thus, the trial court was not precluded from directing a verdict in plaintiff's favor (*see, Smith v Hooker Chem. & Plastics Corp.*, 125 AD2d 944, 945, *affd* 70 NY2d 994, *rearg denied* 71 NY2d 995). (Appeal from Judgment of Supreme Court, Wyoming County, NeMoyer, J.—Contract.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.